IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHANTE CALHOUN, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| V. | § | No. 3:24-MC-034-B-BW |
| | § | |
| UNITED STATES OF AMERICA, et al., | § | |
| | § | |
| | § | |
| Respondents. | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Judge reviewed the proposed findings, conclusions, and recommendation as supplemented for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and will be separate judgment dismiss this action without prejudice pursuant to Fed. R. Civ. P. 4(m).

SO ORDERED.

DATE: January 21, 2025.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

-2-